ACCEPTED
01-15-00192-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 11:38:45 AM
CHRISTOPHER PRINE
CLERK

Case No. 01-15-00192-CV

| | | |
|---|---|---|
| DANIEL MANDARINO, CARRIE MANDARINO § | IN THE FIRST | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br><br>7/6/2015 11:38:45 AM<br><br>CHRISTOPHER A. PRINE<br>Clerk |

DANIEL MANDARINO, CARRIE MANDARINO §    IN THE FIRST

LAURA DOYLE, ROBERT CHURCH, §

BRETT BEALS and LINDA BEALS as Trustees §

of the Beals Family Revocable Trust, §

ROBERT CHURCH, ROBERT A. SCHALBE, §

WILLIAM H. GAY, JR. RICCARDIO D. GAY, , §

ERIC JOHNSTONE, RAFAL ZIELINSKI §

and VALLY MESTRONI §

       Appellants §

 §

v. §    COURT OF APPEALS

 §

SHERWOOD LANE INVESTMENTS, LLC §

       Appellee §    HOUSTON, TEXAS

## APPELLANTS' AGREED
## SECOND MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellants, DANIEL MANDARINO, CARRIE MANDARINO, LAURA DOYLE, ROBERT

CHURCH, BRETT BEALS and LINDA BEALS as Trustees of the Beals Family Revocable Trust,

ROBERT CHURCH, ROBERT A. SCHALBE, WILLIAM H. GAY, JR., RICCARDIO D. GAY, ERIC

JOHNSTONE, RAFAL ZIELINSKI and VALLY MESTRONI files this their Agreed Second Motion

to Extend Time to File Appellants' Brief, and would show as follows:

### A. Introduction

1. Appellants are DANIEL MANDARINO, CARRIE MANDARINO, LAURA DOYLE,

ROBERT CHURCH, BRETT BEALS and LINDA BEALS as Trustees of the Beals Family Revocable

Trust, ROBERT CHURCH, ROBERT A. SCHALBE, WILLIAM H. GAY, JR., RICCARDIO D. GAY, ERIC

JOHNSTONE, RAFAL ZIELINSKI and VALLY MESTRONI; Appellee is SHERWOOD LANE INVESTMENTS, LLC.

2. No rule provides a deadline to file this motion to extend (Tex.R.App.P. 38.6(d).

3. Appellee has been advised of this motion and agrees to the extension of time.

B. Argument & Authorities

4. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend time to file the brief.

5. Appellants' brief is due on July 6, 2015.

6. In preparing Appellants' briefs, Appellants determined that the clerk's record did not include the following documents: 1) Defendants' [Appellants'] (Mandarino et. al.) Response to Motion for Summary Judgment, filed September 19, 2014, and 2) Exhibit U to that document. This pleading and Exhibit U are necessary for this Court to rule on the issues raised by this appeal.

7. One prior extension has been granted to extend time to file Appellants' briefs.

8. On June 2, 2015, Appellants requested that the clerk supplement the record with the additional documents, but the clerk has not yet done so.

9. Appellants request an additional 30 days to file their brief, extending the time until August 7, 2015.

## C. Prayer

10.    For these reasons, Appellants DANIEL MANDARINO, CARRIE MANDARINO, LAURA DOYLE, ROBERT CHURCH, BRETT BEALS and LINDA BEALS as Trustees of the Beals Family Revocable Trust, ROBERT CHURCH, ROBERT A. SCHALBE, WILLIAM H. GAY, JR., RICCARDIO D. GAY, ERIC JOHNSTONE, RAFAL ZIELINSKI and VALLY MESTRONI, ask the Court to grant an extension of time to file their brief until August 7, 2015.

Respectfully Submitted,
WALTER LAW FIRM, P.C.


 /s/   Teri A. Walter
TERI A. WALTER
Texas Bar No. 20815100
GLEN NORDT
Texas Bar No. 15076600
1111 North Loop West, Suite 1115
Houston, TX  77008
Phone          713 529-2020
Fax     713 529-2266
Email: twalter@prevaillawyers.com
Email: gnordt@prevaillawyers.com
ATTORNEY FOR APPELLANTS
DANIEL MANDARINO, CARRIE MANDARINO, LAURA DOYLE, ROBERT CHURCH, BRETT BEALS and LINDA BEALS as Trustees fo the Beals Family Revocable Trust, ROBERT CHURCH, ROBERT A. SCHALBE, WILLIAM H. GAY, JR., RICCARDIO D. GAY, ERIC JOHNSTONE, RAFAL ZIELINSKI and VALLY MESTRONI

3

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a copy of the foregoing has been mailed to all parties of record in this matter in accordance with the Texas Rules of Civil Procedure, by certified mail, return receipt requested, by hand delivery or by fax, on this the __6th__ day of __July__ , 2015.

                                       /s/ Teri A. Walter
                                       Teri A. Walter or Glen Nordt

Douglas A. Daniels
Andrea L. Gentle
Daniels & Gentle, LLP
6363 Woodway Suite 980
Houston, TX 77057